PS 8
(Rev. 12/04)

# UNITED STATES DISTRICT COURT

for

Northern District of Georgia

*FILED IN CLERK'S OFFICE*
*U.S.D.C. - Atlanta*
**JUL 01 2022**
KEVIN P WEIMER, Clerk
By: _____ Deputy Clerk

U.S.A. vs. Daniel Eric Jay          Docket No. 1:20-CR-00228

### Petition for Action on Conditions of Pretrial Release

COMES NOW Krystal T. Cunningham, pretrial services officer, presenting an official report upon the conduct of defendant Daniel Eric Jay, who was placed under pretrial release supervision by the Honorable Maureen P. Kelley, sitting in the court at Western District of PA on the 15th date of July, 2020

under the following conditions:
1) The defendant must not violate federal, state, or local law while on release.
2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. §40702.
3) The defendant must advise the Court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.
4) The defendant must appear in court as required, and if convicted, must surrender as directed to serve a sentence that the Court may impose.
5) The defendant must sign an Appearance Bond, if ordered.
7) The defendant must:
(a) submit to supervision by and report for supervision to the U.S. Pretrial Services Office.
(b) continue or actively seek employment.
(e) not obtain a passport or other international travel document.
(f) abide by the following restrictions on personal association, residence, or travel: Travel restricted to the WDPA except NDGA for court appearances.
(g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: Maurice Fayne, Marty Blackston, Princeton Cunningham, Terrance Miller, Donovan Whittington, Duron Porter, Mike Ruibal, Carrie Capone, Laura Wolf, Sean Frank, Michael Sargent, Tyriece Vaughn, Elizabeth Baun, Mark Sargent.
(k) not possess a firearm, destructive device, other weapon, or ammunition, in your home, vehicle, or place of employment, or upon your person.
(l) not use alcohol (excessively).
(r) report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning or traffic stops.
(s) required to maintain contact with US Probation Office in Pittsburgh until appearance in ND/GA
(t) maintain contact with Alleghany County Health Department pending receipt of COVID-19 Test.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On June 16, 2022, this officer was made aware that the defendant violated Bond Condition "7(g)" from approximately July 2020 to December 2020. The Federal Bureau of Investigation conducted a search of Maurice Fayne's cell phone that subsequently returned approximately 519 calls to and from the defendant. The information indicated that 123 of the 519 calls were placed by the defendant to his co-defendant Maurice Fayne. Information was received that the defendant discussed key components of the case despite the specific bond condition in place.



ATTEST : A TRUE COPY
CERTIFIED THIS
**JUL 01 2022**
Kevin P Weimer, Clerk
By _____ Deputy Clerk

Violation  
Page 2

Re: Daniel Eric Jay

PRAYING THAT THE COURT WILL ORDER a warrant issued for said Daniel Eric Jay and that he be brought back before the Court at Atlanta, Georgia, to show cause why his pretrial bond supervision should not be revoked. IT IS FURTHER ORDERED that this petition and the warrant be sealed and that the same remain sealed until the warrant is executed or until further order of this Court.

**ORDER OF COURT**

Considered and ordered this 29th day of June, 20 22 and ordered filed and made a part of the records in the above case.

Honorable John K. Larkins III  
U.S. Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 06/27/2022

U.S. Pretrial Services/Probation Officer

Place: Atlanta, Georgia

Date: June 27, 2022

Megan Horton  
Supervising U.S. Probation Officer